# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Dale S. | 2. Court or Organization<br><br>U.S. Dist. Ct. - CA (Central) | 3. Date of Report<br><br>04/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Roybal Federal Building
255 E. Temple St., Suite 830
Los Angeles, CA 90012

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rollover IRA - Schwab | D | Int./Div. | N | T | | | | | |
| 2. --CSCO common stock | | | | | Sold | 12/09/11 | J | | |
| 3. --NTAP common stock | | | | | Sold | 12/09/11 | K | C | |
| 4. --QCOM common stock | | | | | | | | | |
| 5. --VRSN common stock | | | | | | | | | |
| 6. --VPRT common stock | | | | | Sold | 12/09/11 | J | A | |
| 7. --AKAM common stock | | | | | Sold | 12/09/11 | J | | |
| 8. --VMW Cl A | | | | | | | | | |
| 9. --GXDX common stock | | | | | Distributed | 04/01/11 | J | | |
| 10. --JEC common stock | | | | | Sold | 12/09/11 | J | | |
| 11. --POWI common stock | | | | | Sold | 12/09/11 | J | A | |
| 12. --Enerbank USA CD | | | | | Matured | 08/12/11 | L | | |
| 13. --Charles Schwab Bank | | | | | | | | | |
| 14. --Motley Fool Independence Fund (FOOLX) | | | | | Buy | 01/04/11 | K | | |
| 15. --Needham Aggressive Growth Fund (NEAGX) | | | | | Buy | 03/10/11 | K | | |
| 16. -- SouthernSun Small Cap Fund (SSSFX) | | | | | Buy | 03/10/11 | J | | |
| 17. --Yacktman Focused Fund (YAFFX) | | | | | Buy | 02/16/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Credit Suisse Exchange Traded Note (XIV) | | | | | Buy | 08/05/11 | K | | |
| 19. | | | | | Buy (add'l) | 08/10/11 | K | | |
| 20. | | | | | Buy (add'l) | 08/19/11 | J | | |
| 21. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 22. --IShares Russell Microcap (IWC) | | | | | Buy | 01/04/11 | K | | |
| 23. --Vanguard Dividend Appreciation (VIG) | | | | | Buy | 03/10/11 | K | | |
| 24. Brokerage Account - Schwab | | | | | | | | | |
| 25. --PFW Water Fund Cl A | A | Dividend | | | Sold | 12/09/11 | J | | |
| 26. --Schwab AMT Tax-Free Money Market Fund | A | Interest | J | T | Buy | 12/12/11 | J | | |
| 27. Contributory IRA - Schwab | A | Dividend | K | T | | | | | |
| 28. --PFW Water Fund Cl A | | | | | Sold | 12/09/11 | K | | |
| 29. --Charles Schwab Bank | | | | | Open | 12/13/11 | K | | |
| 30. Vanguard 500 Index Fund Adm | C | Dividend | M | T | | | | | |
| 31. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 32. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 33. E*Trade Brokerage Account | | | | | | | | | |
| 34. --O common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 36. --E*Trade Bank Extended Ins. Sweep Dep. Acct. | A | Interest | K | T | | | | | |
| 37. 457 Plan | B | Int./Div. | K | T | | | | | |
| 38. --Horizons Large Cap Equity Fund | | | | | | | | | |
| 39. --Horizons Stable Income Fund | | | | | | | | | |
| 40. 401(k) Plan | C | Int./Div. | M | T | | | | | |
| 41. -- Savings Large Cap Equity Fund | | | | | | | | | |
| 42. --Savings Stable Value Fund | | | | | | | | | |
| 43. --Savings Small Cap Equity Fund | | | | | | | | | |
| 44. E*Trade Bank Accounts | A | Interest | K | T | | | | | |
| 45. Aberdeen Global Small Cap Cl A | A | Dividend | K | T | | | | | |
| 46. Credit Suisse Lg Cap Blend Cl A | B | Dividend | | | Merged (with line 48) | 10/07/11 | M | | |
| 47. Capital One Bank | A | Interest | L | T | | | | | |
| 48. Aberdeen U.S. Equity Fund Cl A | A | Dividend | M | T | | | | | |
| 49. In Re Connetics Securities Litigation (X) | A | Distribution | | | Distributed | 02/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Contributory IRA Schwab - M in column D(3) was an error in 2010 report.

All GGP stock was sold during 2011. Indication of a partial sale of shares on line 72 of 2010 report should have indicated that all shares held in BNY Mellon were sold on 03/26/10.

ln. 9 GXDX was cash merger

ln. 46 Credit Suisse was reorganized to ln. 48 Aberdeen

ln. 49 Proceeds of settlement of class action for stock sold in a prior year

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 04/23/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale S. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544